UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK            07 CV 7301 (Marrero, J.)

| | |
|---|---|
| DAEYANG SHIPPING CO., LTD.,<br><br>                      Plaintiff,<br>      - against -<br><br>STRADCOM LIMITED,<br><br>                      Defendant. | DEFENDANT, NIPPON YUSEN KAISHA'S CORPORATE DISCLOSURE STATEMENT<br><br>[F.R.Civ.P. 7.1] |

       Plaintiff, DAEYANG SHIPPING CO., LTD., by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no U.S. parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated: New York, NY                 CICHANOWICZ CALLAN KEANE VENGROW
                                         & TEXTOR, LLP, 61 Broadway, Ste. 3000
       August 15, 2007             New York, NY 10006 – Tel. 212-344-7042


                                      By: /s/     Joseph De May, Jr.
                                             Joseph De May, Jr. [JD-9105]
                                                Attorneys for Plaintiff