ORIGINAL

Marrero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

07 cv 7301 (Marrero, J)

| |
|---|
| DAEYANG SHIPPING CO., LTD, <br><br>                 Plaintiff, <br> - against - <br><br> STRADCOM LIMITED., <br><br>                 Defendant. |

ORDER APPOINTING SUBSTITUTE PROCESS SERVER

U.S. DISTRICT COURT FILED SEP 18 2007 S.D. OF N.Y.

    Plaintiff, having moved for an Order pursuant to Supplemental Admiralty Rule B(1)(d)(ii) appointing any attorney or clerk employed by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, and who is over 18 years of age and is not a party to this action, or any licensed process server to serve an attachment and garnishment in this matter, and it appearing that such appointment will result in economies of time and expense,

    NOW, on motion of, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP attorneys for Plaintiff, it is

    ORDERED, that any attorney or clerk employed by the law firm of Cichanowicz Callan Keane Vengrow & Textor, LLP who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process, and a copy of the Verified Complaint on all garnishees to be served herein.

Dated: New York, NY, August 15, 2007

                                                       Victor Marrero <br>
                                                       U.S.D.J.

MICROFILM SEP 19 2007