UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK　　　　　07 CV 7301 (Marrero, J.)

| | |
|---|---|
| DAEYANG SHIPPING CO., LTD,<br><br>　　　　　　　　Plaintiff,<br>　　- against -<br><br>STRADCOM LIMITED,<br><br>　　　　　　　　Defendant. | NOTICE OF DISMISSAL WITHOUT PREJUDICE<br><br>[F.R.Civ.P. 41(a)(1)(i)] |

　　　　Defendant not having served an answer or motion for summary judgment herein, this action is dismissed without prejudice.

Dated:　　　New York, NY, October 31, 2007

　　　　　　　　　　　　　　　　CICHANOWICZ CALLAN KEANE VENGROW
　　　　　　　　　　　　　　　　& TEXTOR, LLP
　　　　　　　　　　　　　　　　61 Broadway 3000, New York, NY 10006 – (212) 344-7042
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　By:　　/s/ _____Joseph De May, Jr._____
　　　　　　　　　　　　　　　　　　　　JOSEPH De MAY, JR. [JD-9105]