```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/07
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK            07 CV 7301 (Marrero, V.)

---

| |
|---|
| DAEYANG SHIPPING CO., LTD, |
|                       Plaintiff, |
| - against - |
| STRADCOM LIMITED, |
|                       Defendant. |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

[F.R.Civ.P. 41(a)(1)(i)]

Defendant not having served an answer or motion for summary judgment herein, this action is dismissed without prejudice.

Dated:     New York, NY, October 31, 2007

                      CICHANOWICZ CALLAN KEANE VENGROW
                      & TEXTOR, LLP
                      61 Broadway 3000, New York, NY 10006 – (212) 344-7042
                      Attorneys for Plaintiff

                      By:   /s/ _____Joseph De May, Jr._____
                              JOSEPH De MAY, JR. [JD-9105]

---

In accordance with plaintiff's notice of Dismissal dated 10-31-07 filed herein, the Clerk of Court is directed to enter judgment dismissing the complaint without prejudice and to close this case and remove it from the Court's docket of active cases.

SO ORDERED:

1-16-08

VICTOR MARRERO, U.S.D.J.