USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAEYANG SHIPPING CO., LTD,

                Plaintiff,

    - against -

STRADCOM LIMITED.

                Defendant.
------------------------------------------------------------X

07 Civ. 07301

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    By Order dated January 16, 2003, the Court endorsed the plaintiff's Notice of Dismissal herein and directed the Clerk of Court to enter a judgment dismissing the complaint without prejudice and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

    **ORDERED** that in accordance with the Court's Order of January 16, 2003, the Clerk of Court is directed to enter judgment dismissing the complaint herein without prejudice and to close this case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:      New York, New York
               January 23, 2008

                                           VICTOR MARRERO
                                               U.S.D.J.