```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAEYANG SHIPPING CO., LTD.,

                Plaintiff,                      07 **CIVIL** 7301 (VM)

      -against-                                **JUDGMENT**

STRADCOM LIMITED,

                Defendant.
------------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on January 23, 2007, having rendered its Order dismissing the complaint without prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 23, 2008, the complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          January 24, 2008

                                              **J. MICHAEL McMAHON**
                                                   **Clerk of Court**
                                  BY:
                                                       **Deputy Clerk**

                                              THIS DOCUMENT WAS ENTERED
                                              ON THE DOCKET ON _____